**UNITED STATES DISTRICT COURT**
District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **v.**        **CASE NO.** 21-CR-10004-JWB

**TRAYON L. WILLIAMS,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

**POSSESSION OF A FIREARM
BY A CONVICTED FELON
[Title 18, U.S.C. § 922(g)(1)]**

On or about December 2, 2020, in the District of Kansas, the defendant,

**TRAYON L. WILLIAMS,**

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year (a felony), did knowingly possess a firearm, to-wit: a Ruger, model LCP, .380 caliber handgun, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

# FORFEITURE ALLEGATION

1. Upon conviction of the violation(s) set forth in Count 1 of this Indictment, the defendant, **TRAYON L. WILLIAMS**, shall forfeit to the United States of America any firearms, and ammunition involved in the commission of the offenses, including, not limited to, the following:

   A. a Ruger, model LCP, .380 caliber handgun; and,

   B. Any accompanying ammunition.

All pursuant to Title 18, U.S.C., § 924(d), and 28 U.S.C. § 2461.

A TRUE BILL.

January 26, 2021  s/Foreperson
DATE  FOREPERSON OF THE GRAND JURY

STEPHEN R. McALLISTER
UNITED STATES ATTORNEY

By: /s/ Matt Treaster
MATT TREASTER
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: matt.treaster@usdoj.gov
Ks. S. Ct. No. 17473

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS